Schweet Linde & Coulson, PLLC
575 S. Michigan Street
Seattle, WA 98108
P: (206) 275-1010
F: (206) 381-0101

Honorable Chief Judge Whitman L. Holt
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

MCCARY MEATS, LLC,

Debtor.

Case No.: 20-01469-WLH11

**EX PARTE MOTION FOR 2004 EXAM**

Creditor Bell Veal LLC ("BV") respectfully moves the court for the entry of an order authorizing BV to issue a *subpoena duces tecum* to Debtor McCary Meats, LLC ("Debtor") pursuant to Bankruptcy Rule 2004 requiring the production of certain documents from Debtor and directing Debtor designate a knowledgeable representative to appear for an examination under oath at a mutually agreeable time and medium for Debtor and BV. This Motion is supported by the records and files herein, and the subjoined certification of counsel. A copy of the proposed draft subpoena to be issued if this motion is granted is attached hereto as **Exhibit A**.

DATED: September 10, 2021.

**SCHWEET LINDE & COULSON, PLLC**

*/s/Michael M. Sperry*
Michael M. Sperry, WSBA #43760
Attorneys for Bell Veal LLC

EX PARTE MOTION FOR 2004 EXAM - 1

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

20-01469-WLH11   Doc 136   Filed 09/10/21   Entered 09/10/21 11:43:49   Pg 1 of 3

**Certification of Counsel**

I, Michael M. Sperry, declare and state as follows:

1. I am one of the attorneys representing BV, a creditor in this case.

2. Debtor has defaulted under its confirmed plan by failing to provide financial reporting required under Debtor's confirmed plan for Class 3 Creditors despite multiple requests for said reporting.

3. Debtor has had over a month since the initial request was made, was provided an initial extension of time by agreement, and still has not produced the required reporting regarding payments to Class 3 claimants.

4. Debtor has had issues with payment on BV's Class 2 claim that resulted in BV seeking the appointment of a liquidating agent pursuant to Debtor's confirmed plan.

5. Debtor has failed to file post-confirmation disbursement reports required under Local Bankruptcy Rule 3021-1.

6. Debtor was cautioned by this Court at the hearing on BV's motion to appoint liquidating agent that the Debtor needed to comply with all reporting requirements applicable under the confirmed plan and local rules.

7. Given the issues with Debtor maintaining payments on BV's Class 2 claim, Debtors refusal t provide accounting properly demanded by BV as a Class 3 claimant despite having ample time to do so, and Debtor's failure to file post-confirmation reports in accordance with local rules BV's only option to procure the information requested is through the issuance of a subpoena.

8. Debtor has been unresponsive to multiple follow up communications regarding the Class 3 reporting, so BV is proceeding with this request without consulting with Debtor regarding the time and place for the examination. Additionally, an examination may not be required after

EX PARTE MOTION FOR 2004 EXAM - 2

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010 F (206) 381-0101

20-01469-WLH11    Doc 136    Filed 09/10/21    Entered 09/10/21 11:43:49    Pg 2 of 3

receipt of the documents to be produced, and counsel for BV will accommodate reasonable requests from Debtor as to the time and place of any examination that is necessary to occur.

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

SIGNED and DATED this 10th day of September 2021, at Kent, Washington.

*/s/Michael M. Sperry*
Michael M. Sperry, WSBA #43760

EX PARTE MOTION FOR 2004 EXAM - 3

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

20-01469-WLH11    Doc 136    Filed 09/10/21    Entered 09/10/21 11:43:49    Pg 3 of 3