IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

MCCARY MEATS, LLC,

Debtor.

Case No.: 20-01469-WLH11

*EX PARTE*
**ORDER FOR 2004 EXAM**

THIS MATTER came before the court upon the *ex parte* Motion for 2004 Exam ("Motion") of Creditor Bell Veal LLC ("BV") for an order authorizing BV's counsel to issue a *subpoena duces tecum* to Debtor McCary Meats, LLC ("Debtor") to produce certain documents and directing Debtor to designate a knowledgeable representative of the Debtor to appear and be examined under oath. This court has reviewed the Motion and its subjoined Certification of Counsel, and the records and files herein. This court finds that notice of the Motion is not required under the applicable rules and that good cause exists for the requested relief to be granted. THEREFORE, it is hereby:

ORDER FOR 2004 EXAM - 1

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010  F (206) 381-0101

20-01469-WLH11    Doc 136-2    Filed 09/10/21    Entered 09/10/21 11:43:49    Pg 1 of 2

ORDERED, ADJUDGED, AND DECREED that BV's counsel may issue a *subpoena duces tecum* requiring the production of documents by Debtor at least seven (7) calendar days ahead the examination of the designated representative of the Debtor; and it is further:

ORDERED, ADJUDGED, AND DECREED that BV's counsel may include a requirement that the designated representative of the Debtor appear to be examined under oath at a date, time, and medium to be mutually agreed upon by Debtor and BV.

///End of Order///

Presented by:

**SCHWEET LINDE & COULSON, PLLC**

*/s/Michael M. Sperry                             /*
Michael M. Sperry, WSBA #43760
Attorneys for Bell Veal LLC

ORDER FOR 2004 EXAM - 2

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

20-01469-WLH11    Doc 136-2    Filed 09/10/21    Entered 09/10/21 11:43:49    Pg 2 of 2